```
      ☒ FILED        ___ LODGED
      ___ RECEIVED   ___ COPY

           FEB 0 4 2014

       CLERK U S DISTRICT COURT
          DISTRICT OF ARIZONA
       BY_____ DEPUTY
```

| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* CR 04-4095-1-MWB |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* CR-14-50026-PHX-SRB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Northern District of Iowa | DIVISION Western |
|---|---|---|
| THOMAS GELLERT | NAME OF SENTENCING JUDGE Mark W. Bennett, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/16/2013 | TO 08/15/2018 |

**OFFENSE**

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846  Conspiracy to Distribute 5,000 Grams or More of Methamphetamine Mixture Containing at Least 1,500 Grams of Methamphetamine Actual
18 U.S.C. §§ 922(o) and 924(a)(2)  Possession of a Machine Gun
26 U.S.C. §§ 5845(a), 5861(c) and 18 U.S.C. 21921(a)(24)  Possession of a Silencer

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  **NORTHERN**  DISTRICT OF  **IOWA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Arizona  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_1.23.14_                                    _Mark W. Bennett_
Date                                         United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  _____  DISTRICT OF  **ARIZONA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_1/31/14_                                    _Susan R. Bolton_
Effective Date                               United States District Judge