# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**DEBRA D. LUCAS**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

February 4, 2014

Clerk, United States District Court
Northern District of Iowa
320 Sixth St., Room 301
Sioux City, IA 51101-1201

  RE: USA v. Gellert
  Case No.   CR 14-50026-PHX-SRB
  ND IA Case No. CR-04-4095-MWB

We have received the **Transfer of Jurisdiction** form/order; however in order to complete our file, please send the following certified document(s).

    X  Indictment/Information

    X  Pending Petition and Warrant (If any)

Sincerely,

Brian D. Karth, DCE/Clerk of Court

By: s/M. Pruneau
  Deputy Clerk

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*