# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | No. CR-14-50026-001-PHX-SRB |
| Plaintiff, | **ORDER TERMINATING SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE** |
| v. | |
| Thomas Gellert | |
| Defendant. | |

On November 18, 2005, the above named was placed on supervised release for a period of 5 years. Thomas Gellert has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Thomas Gellert be discharged from supervision.

Respectfully submitted,

_/s/_

Warren Brinkman
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that Thomas Gellert be discharged from supervision and that the proceedings in the case be terminated.

_Susan R. Bolton_  6/15/16

Susan R. Bolton
U.S. District Judge

cc: Probation